# FURNITURE INVENTORY

**Debtor(s) name(s):** <u>**Francisco Ortiz**</u>

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa/Loveseat | 1 | 100.00 |
| Chairs | ~~2~~ | ~~200.00~~ |
| Recliners | | |
| Tables | 3 | 150 |
| TV | 1 | 500 |
| VCR/DVD | 1 | 35 |
| Stereo | | |
| Wall Unit | | |

| Dining Room | | |
|---|---|---|
| Item | Quantity | $ |
| Tables | 1 | 200 |
| Chairs | 4 | 200 |
| China Cabinets | | |
| China (sets) | | |

| Family/Computer Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa | | |
| Chairs | | |
| Tables | | |
| Desk | | |
| Bookshelves/Wall units | | |
| Computer | | |
| Monitor | | |
| Printer/fax | | |
| TV | | |

| Kitchen | | |
|---|---|---|
| Item | Quantity | $ |
| Refrigerator | | |
| Stove | | |
| Microwave | | |
| Toaster Oven | | |
| Toaster | | |
| Kitchenware | | |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Washer | | |
| Dryer | | |
| Patio set | | |
| BBQ | | |
| Lawnmower | | |
| Musical instruments | | |
| Decorative Items | | |
| Other | | |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 200 |
| Dresser/drawers | 1 | 200 |
| Mirror | 1 | 75 |
| Nightstands | 1 | 50 |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| 4th Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

[✓] Total Value of Unsecured Household Goods:     $ 1,710.00

[ ] Goods secured by liens with creditors: _____  $ _____
    _____  $ _____
    _____  $ _____

[ ] Joint with [ ] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ _____

[ ] Debtor owns no furniture _____

Debtor'(s) initials: _____

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Furniture Inventory-NEW.doc

## JEWELRY INVENTORY

**DEBTOR: Francisco Ortiz**

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Other | | |
| | | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Wedding Band | | |
| | Other | | |
| | | | |
| | **Watch(es)** | Model: | |
| | | Model: | |
| | | Model: | |

☐ Debtor's Total Value of Jewelry                                                  $_____
☐ Goods Secured by Liens with Creditor(s) _____   $_____
☑ Debtor owns no Jewelry                                                              $_____

Debtor/Spouse Initials: _____

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Jewelry inventory.doc